Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−17690−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Kalymnios
315 Kensington Avenue
Norwood, NJ 07648

Esther C. Kalymnios
aka Ester Kalymnios
315 Kensington Avenue
Norwood, NJ 07648

Social Security No.:
xxx−xx−0102

xxx−xx−5747

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       12/11/25
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
David L. Stevens, Debtor's Attorney

COMMISSION OR FEES
$10,621.00

EXPENSES
$901.96

If this is a chapter 13 case, the fees and expenses awarded:

☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 29, 2025
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-17690-JKS
John Kalymnios  Chapter 13
Esther C. Kalymnios
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Oct 29, 2025    Form ID: 137    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Kalymnios, Esther C. Kalymnios, 315 Kensington Avenue, Norwood, NJ 07648-1719 |
| cr | + | Nissan Motor Acceptance Corp., PO Box 340514, Tampa, FL 33694-0514 |
| 520753266 | + | Adler Wallach & Associates, Inc, Po Box 6605, Orange, CA 92863-6605 |
| 520753269 | + | Bryant State Bank, 4301 W 57th Street, # 120, Sioux Falls, SD 57108-2255 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 29 2025 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 29 2025 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520753267 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 29 2025 20:58:00 | Bank Of America, 400 Christiana Road, Newark, DE 19702-3208 |
| 520804544 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 29 2025 20:58:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520753268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 21:05:37 | Best Buy/Citibank, N.A., 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 520753270 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 21:05:18 | Capital One Bank, N.A., Po Box 85064, Glen Allen, VA 23058 |
| 520753271 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 21:16:02 | Capital One Bank, N.A., 11013 W Broad Street, Glen Allen, VA 23060-6017 |
| 520753272 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 21:05:37 | Capital One Bank, N.A. /Kohls, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520761329 | | Email/Text: mrdiscen@discover.com | Oct 29 2025 20:58:00 | Capital One, N.A., successor by merger to Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 520814084 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 21:16:04 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520753273 | + | Email/Text: bankruptcy@credencerm.com | Oct 29 2025 20:59:00 | Credence Resource Management, LLC, 17000 Dallas Pkwy, Suite 20, Dallas, TX 75248-1930 |
| 520753274 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2025 21:05:18 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 520753275 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 29 2025 20:58:00 | CrossCountry Mortgage, 2160 Superior Avenue E, |

Case 25-17690-JKS    Doc 35    Filed 10/31/25    Entered 11/01/25 00:13:43    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: 137 | Total Noticed: 40 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520823283 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 29 2025 20:58:00 | Cleveland, OH 44114-2102 |
| | | | | CrossCountry Mortgage, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520753276 | | Email/Text: mrdiscen@discover.com | Oct 29 2025 20:58:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850 |
| 520753277 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2025 20:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520797509 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2025 20:58:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520811000 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2025 21:15:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520775712 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2025 21:05:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520753279 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2025 21:05:15 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520753278 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2025 21:05:10 | Merrick Bank Corp, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 520753282 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 29 2025 20:58:00 | NJ E-ZPass, P.O. Box 4971, Trenton, NJ 08650 |
| 520780391 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 29 2025 20:58:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520770422 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 29 2025 20:58:00 | Nationstar Mortgage LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520753280 | ^ | MEBN | Oct 29 2025 20:54:41 | New Jersey Attorney General Office Div. of La, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 520753281 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 29 2025 20:58:00 | Nissan Motor, P.O. Box 660366, Dallas, TX 75266-0366 |
| 520811610 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 29 2025 20:58:00 | Nissan Motor Acceptance Corp., c/o Nissan Motor Acceptance Company LLC, fka Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520820478 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2025 21:16:15 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE, N.A., POB 41067, Norfolk, VA 23541 |
| 520813995 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 29 2025 20:58:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520753284 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 29 2025 20:58:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520753283 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Oct 29 2025 20:59:00 | Sallie Mae, Po Box 3229, Wilmington, DE 19804-0229 |
| 520822366 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2025 21:16:11 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520753285 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2025 21:05:26 | Synchrony Bank/Lowes, Po Box 981400, El Paso, TX 79998-1400 |
| 520753286 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 29 2025 21:15:54 | Synchrony Bank/TJMaxx Credit Card, Po Box 965015, Orlando, FL 32896-5015 |
| 520753287 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 29 2025 21:16:13 | The Home Depot/Citibank North America, Po Box |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: 137 | Total Noticed: 40 |

| 520753288 | Email/Text: bknotice@upgrade.com | Oct 29 2025 20:58:00 | 9714, Gray, TN 37615-9714<br>Upgrade, Inc., 275 Battery Street, 22nd Floor, San Francisco, CA 94111 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520811769 | | Sallie Mae P.O. Box 3319 Wilmington DE 19804 |
| 520820634 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Joint Debtor Esther C. Kalymnios dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| David L. Stevens | on behalf of Debtor John Kalymnios dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corp. bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6