| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Nissan Motor Acceptance Corp. as servicer for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation* | Order Filed on November 6, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>John Kalymnios<br>Esther C. Kalymnios<br>*aka* Ester Kalymnios<br>                               Debtors. | Chapter: 13<br><br>Case No.: 25-17690-JKS<br><br>Hearing Date: October 9, 2025<br><br>Judge John K. Sherwood |

## CONSENT ORDER RESOLVING
## <u>OBJECTION TO CONFIRMATION OF PLAN</u>

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 6, 2025**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Debtors: | John Kalymnios and Esther C. Kalymnios |
| Case No.: | 25-17690-JKS |
| Caption of Order: | **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN** |

**THIS MATTER** having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Nissan Motor Acceptance Corp. as servicer for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

1. Creditor is the lienholder on the title of the following vehicle: 2019 Nissan Rogue, VIN: 5N1AT2MV3KC834967.

2. Proof of Claim Number 9-1 shall be paid in full at an interest rate of 10.5% through the Chapter 13 Plan. Payments shall be disbursed to Creditor by the Chapter 13 Trustee over the life of the Plan, resulting in a total approximate payout of $14,979.49.

3. The Order Confirming Plan shall incorporate the above treatment to Creditor.

4. This resolves the Creditor's Objection.

**STIPULATED AND AGREED**:


*/s/ Paul Evangelista*  
Paul Evangelista, Esq.  
Scura, Wigfield, Heyer,  
Stevens & Cammarota, LLP  
1599 Hamburg Turnpike  
Wayne, NJ 07470  
*Counsel to Debtor*

*/s/ Gavin N. Stewart*  
Gavin N. Stewart, Esq.  
Stewart Legal Group, P.L.  
401 East Jackson Street Suite 2340  
Tampa, FL 33602  
*Counsel to Creditor*