| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Nissan Motor Acceptance Corp. as servicer for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation* | Order Filed on November 6, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>John Kalymnios<br>Esther C. Kalymnios<br>*aka* Ester Kalymnios<br><br>Debtors. | Chapter: 13<br><br>Case No.: 25-17690-JKS<br><br>Hearing Date: October 9, 2025<br><br>Judge John K. Sherwood |

**CONSENT ORDER RESOLVING**
**<u>OBJECTION TO CONFIRMATION OF PLAN</u>**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 6, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtors: John Kalymnios and Esther C. Kalymnios
Case No.: 25-17690-JKS
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

**THIS MATTER** having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Nissan Motor Acceptance Corp. as servicer for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

1. Creditor is the lienholder on the title of the following vehicle: 2019 Nissan Rogue, VIN: 5N1AT2MV3KC834967.

2. Proof of Claim Number 9-1 shall be paid in full at an interest rate of 10.5% through the Chapter 13 Plan. Payments shall be disbursed to Creditor by the Chapter 13 Trustee over the life of the Plan, resulting in a total approximate payout of $14,979.49.

3. The Order Confirming Plan shall incorporate the above treatment to Creditor.

4. This resolves the Creditor's Objection.

**STIPULATED AND AGREED**:

*/s/ Paul Evangelista*
Paul Evangelista, Esq.
Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
*Counsel to Debtor*

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street Suite 2340
Tampa, FL 33602
*Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:  
John Kalymnios  
Esther C. Kalymnios  
    Debtors

Case No. 25-17690-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 06, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + John Kalymnios, Esther C. Kalymnios, 315 Kensington Avenue, Norwood, NJ 07648-1719 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Joint Debtor Esther C. Kalymnios dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| David L. Stevens | on behalf of Debtor John Kalymnios dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;nrincon |
| Denise E. Carlon | on behalf of Creditor CrossCountry Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corp. bk@stewartlegalgroup.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 06, 2025 | Form ID: pdf903 | Total Noticed: 1

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6