UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Email:pevangelista@scura.com
Paul S. Evangelista, Esq.
Counsel to Debtors.

In Re:

John Kalymnios and Esther C. Kalymnios
                                              Debtors.

Case No.: _____ 25-17690 _____

Chapter: _____ 13 _____

Judge: _____ JKS _____

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 2, 2025**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Order Filed on December 2, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___09/03/2025_____ :

Property: _____315 Kensington Avenue Norwood, NJ 07648_____

Creditor: _____CrossCountry  Mortgage_____

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by _Debtors_____ , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including _02/19/2026_____ .

☐ The Loss Mitigation Period is terminated, effective _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*