UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Paul Evangelista, Esq.
Counsel for Debtors

In Re:

John Kalymnios and Esther C. Kalymnios,

                              Debtors.

Order Filed on December 12, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 25-17690 |
| Hearing Date: | 12/11/2025 |
| Judge: | John K. Sherwood |
| Chapter: | 13 |

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 12, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. ____], and no objections having been raised, it is:

**ORDERED** that  SWHS&C, LLP _____, the applicant, is allowed a fee of $10,621.00   for services rendered and expenses in the amount of $ 901.96   for a total of $ 11,522.96  . The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $  11,522.96 less retainer of $2,813.00 less $2,209.96 courtesy credit equals: $6,500.00 (amount to be paid through the plan).

☐ Chapter 13 Plan payments will change.

- Current Plan payments are: $_____ for ____ months.
- Beginning _____, Plan payments will increase to $_____ for ____ months.

☒ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

*rev.9 30 2024*