UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
Email:pevangelista@scura.com
Paul S. Evangelista, Esq.
Counsel to Debtors.

**Order Filed on February 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John Kalymnios and Esther C. Kalymnios
                                    Debtors.

Case No.:        25-17690

Chapter:            13

Judge:             JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 12/02/2025 :

Property:        315 Kensington Avenue Norwood, NJ 07648

Creditor:        CrossCountry  Mortgage

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by Debtors , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 05/19/2026 .

☐ The Loss Mitigation Period is terminated, effective .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2