## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK DIVISION

IN RE:                                      Case No. 25-17690-JKS
                                            Chapter 13

John Kalymnios
Esther C. Kalymnios aka Ester Kalymnios

Debtor(s).

### NOTICE OF APPEARANCE

**CrossCountry Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
      Steven K. Eisenberg, Esquire
      Bar No: 009221995
      Stern & Eisenberg, PC
      1581 Main Street, Ste. 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: 215-572-8111
      Fax: 215-572-5025
      seisenberg@sterneisenberg.com
      Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 20th day of March, 2026, to the following:

Paul Evangelista
Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1 Harmon Meadow Blvd.
Suite 201
Wayne, NJ 07094
pevangelista@scura.com
***Attorney for Debtor(s)***


Marie-Ann Greenberg
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550
Info@magtrustee.com
***Chapter 13 Trustee***


U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
***U.S. Trustee***


and by standard first class mail postage prepaid to:

John Kalymnios
315 Kensington Avenue
Norwood, NJ 07648

Esther C. Kalymnios aka Ester Kalymnios
315 Kensington Avenue
Norwood, NJ 07648
***Debtor(s)***


        By:         /s/ Steven K. Eisenberg
                    Steven K. Eisenberg, Esquire