UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: CrossCountry Mortgage, LLC

**Order Filed on April 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
John Kalymnios
Esther C. Kalymnios aka Ester Kalymnios
    Debtor

Case Number: 25-17690-JKS

Chapter: 13

Judge: John K Sherwood

## ORDER ON MOTION FOR AUTHORIZATION
## TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT
## (CHAPTER 13)

The relief set forth on the following page is **ORDERED**.

**DATED: April 9, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the Motion for Authorization to Enter into Final Loan Modification Agreement filed on March 25, 2026, as to the first mortgage [enter first, second, third, etc.] concerning real property located at 315 Kensington Ave, Norwood, NJ 07648, and the Court having considered any objections filed to such motion, it is hereby ORDERED that:

__X__ The debtor is authorized to enter into the final loan modification agreement.


1) The loan modification must be fully executed no later than 14 days from the date of this order. If it is not, the secured creditor, within 14 days thereafter, must file with the Court and serve on the debtor, debtor's attorney, if any, and the standing trustee a Certification indicating why the agreement was not fully executed. A response by the debtor, if any, must be filed and served within 7 days of the filed date of the secured creditor's Certification; and

2) Upon the filing of the Certification required above, and absent a response from the debtor, the standing trustee may disburse to the secured creditor all funds held or reserved relating to its claim. Absent the filing of the Certification within the time frame set forth above, the standing trustee will disburse funds on hand to other creditors pursuant to the provisions of the confirmed Plan and any proof of claim filed in this case with respect to the mortgage is deemed modified and incorporated into

the Loan Modification Agreement; and

3) Unless the debtor's Plan has been confirmed with 100% paid to unsecured creditors, the debtor must file a Modified Chapter 13 Plan and Motions within 14 days of consummation of the loan modification. If the loan modification results in material changes in the debtor's expenses, the debtor must also file amended Schedules I and J within 14 days of the date of this Order; and

4) Check one:

__X__    There is no order requiring the debtor to cure post-petition arrears through the Plan; or

___ Post-petition arrears are capitalized into the loan modification agreement, and the Order filed on _____ requiring the Standing Trustee to make payments based on the arrearage is vacated as of the date of this order; or

___ Post-petition arrears have not been capitalized into the loan modification agreement, and the Standing Trustee will continue to make payments to the secured creditor based on the Order filed on _____; and

5) If fees and costs related to loss mitigation/loan modification are sought by the debtor's attorney, an Application for Compensation in compliance with D.N.J. LBR 2016-1 must be filed. The Motion for Authorization to Enter into Final Loan Modification Agreement is denied.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-17690-JKS

John Kalymnios                                                                     Chapter 13

Esther C. Kalymnios

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Apr 09, 2026                   Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

**Recip ID                     Recipient Name and Address**
db/jdb                    +  John Kalymnios, Esther C. Kalymnios, 315 Kensington Avenue, Norwood, NJ 07648-1719

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

**Name                          Email Address**

David L. Stevens

    on behalf of Joint Debtor Esther C. Kalymnios dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;amohamed@scura.com;ralrehail

David L. Stevens

    on behalf of Debtor John Kalymnios dstevens@scura.com
    dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;amohamed@scura.com;ralrehail

Gavin Stewart

    on behalf of Creditor Nissan Motor Acceptance Corp. bk@stewartlegalgroup.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Matthew K. Fissel

District/off: 0312-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 09, 2026                       Form ID: pdf903                           Total Noticed: 1

on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Paul Evangelista

on behalf of Joint Debtor Esther C. Kalymnios pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amohamed@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

Paul Evangelista

on behalf of Debtor John Kalymnios pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amohamed@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

Steven Eisenberg

on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10