UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Nissan Motor Acceptance Corp. as*
*servicer for Nissan Motor Acceptance Company*
*LLC fka Nissan Motor Acceptance Corporation*

In re:

John Kalymnios
Esther C. Kalymnios
*aka* Ester Kalymnios

                                            Debtors.

Order Filed on April 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 25-17690-JKS

Hearing Date: April 23, 2026

Judge John K. Sherwood

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 24, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtors:         John Kalymnios & Esther C. Kalymnios
Case No.:        25-17690-JKS
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Nissan Motor Acceptance Corp. as servicer for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation ("Creditor"), and whereas the post-petition arrearage was $426.20 as of April 16, 2026, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1.   The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **2019 Nissan Pathfinder, VIN: 5N1DR2MM3KC649868** provided that the Debtors comply with the following:

   a. On or before **April 28, 2026**, the Debtosr shall cure the arrearage by making a lump sum payment of **$426.20** directly to Creditor; and

   b. The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the April 28, 2026 payment** and continuing thereon per the terms of the underlying Contract.

2.   All direct payments due hereunder not otherwise paid by electronic means and/or automatic draft, shall be sent directly to Creditor at the following address: **Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, Texas 75266-0366**.

3.   The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4.   If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a), and permitting Creditor to exercise any rights under the loan documents with respect to the above vehicle.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 and $199.00, respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/ Paul Evangelista*
Paul Evangelista, Esq.
Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
*Counsel to Debtor*

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street Suite 2340
Tampa, FL 33602
*Counsel to Creditor*