UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Nissan Motor Acceptance Corp. as*
*servicer for Nissan Motor Acceptance Company*
*LLC fka Nissan Motor Acceptance Corporation*

---

**Order Filed on April 24, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

John Kalymnios
Esther C. Kalymnios
*aka* Ester Kalymnios

                                Debtors.

Chapter: 13

Case No.: 25-17690-JKS

Hearing Date: April 23, 2026

Judge John K. Sherwood

---

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 24, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtors:          John Kalymnios & Esther C. Kalymnios

Case No.:        25-17690-JKS

Caption of Order:   **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Nissan Motor Acceptance Corp. as servicer for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation ("Creditor"), and whereas the post-petition arrearage was $426.20 as of April 16, 2026, and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **2019 Nissan Pathfinder, VIN: 5N1DR2MM3KC649868** provided that the Debtors comply with the following:

    a.   On or before **April 28, 2026**, the Debtosr shall cure the arrearage by making a lump sum payment of **$426.20** directly to Creditor; and

    b.   The Debtor shall resume making the regular contractual monthly payments directly to the Creditor as each becomes due, **beginning with the April 28, 2026 payment** and continuing thereon per the terms of the underlying Contract.

2.      All direct payments due hereunder not otherwise paid by electronic means and/or automatic draft, shall be sent directly to Creditor at the following address: **Nissan Motor Acceptance Corporation, P.O. Box 660366, Dallas, Texas 75266-0366**.

3.      The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a), and permitting Creditor to exercise any rights under the loan documents with

respect to the above vehicle.

5.       Creditor is awarded reimbursement of attorney fees and costs in the amount of

$250.00 and $199.00, respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/ Paul Evangelista*                                    */s/ Gavin N. Stewart*
Paul Evangelista, Esq.                              Gavin N. Stewart, Esq.
Scura, Wigfield, Heyer,                            Stewart Legal Group, P.L.
Stevens & Cammarota, LLP                    401 East Jackson Street Suite 2340
1599 Hamburg Turnpike                         Tampa, FL 33602
Wayne, NJ 07470                                       *Counsel to Creditor*
*Counsel to Debtor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-17690-JKS

John Kalymnios                                                                            Chapter 13

Esther C. Kalymnios

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

**Recip ID                        Recipient Name and Address**
db/jdb                        +  John Kalymnios, Esther C. Kalymnios, 315 Kensington Avenue, Norwood, NJ 07648-1719

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | |
| | on behalf of Joint Debtor Esther C. Kalymnios dstevens@scura.com |
| | dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;ralrehaili@scura.com;moueslati@scura.com |
| David L. Stevens | |
| | on behalf of Debtor John Kalymnios dstevens@scura.com |
| | dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;ralrehaili@scura.com;moueslati@scura.com |
| Gavin Stewart | |
| | on behalf of Creditor Nissan Motor Acceptance Corp. bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Matthew K. Fissel | |

District/off: 0312-2        User: admin        Page 2 of 2

Date Rcvd: Apr 24, 2026        Form ID: pdf903        Total Noticed: 1

on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Paul Evangelista

on behalf of Joint Debtor Esther C. Kalymnios pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amohamed@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

Paul Evangelista

on behalf of Debtor John Kalymnios pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amohamed@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

Steven Eisenberg

on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10