UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1 Harmon Meadows Blvd., Ste. 201
Secaucus, NJ 07094
973-696-8391
Paul Evangelista, Esq.
Counsel for Debtor

In Re:

John & Esther C. Kalymnios,

Debtor.

**Order Filed on May 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:            25-17690

Hearing Date:        05/28/2026

Judge:           John K. Sherwood

Chapter:             13

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 29, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. ___], and no objections having been raised, it is:

**ORDERED** that  SWHS&C, LLP                    , the applicant, is allowed a fee of $ 4,609.50     for services rendered and expenses in the amount of $ 15.71     for a total of $ 4,625.21     . The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $  4,625.21     less 10.0% courtesy discount equals: $ 4,162.69 (amount to be paid through the plan).

☒ Chapter 13 Plan payments will change.

- Current Plan payments are: $ 900.00      for  24   months.
- Beginning  August 2027          , Plan payments will increase to $ 1,863.35     for  36  months.

☐ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

*rev.9 30/2024*

2