UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1 Harmon Meadows Blvd., Ste. 201
Secaucus, NJ 07094
973-696-8391
Paul Evangelista, Esq.
Counsel for Debtor

| | |
|---|---|
| In Re: | |
| John & Esther C. Kalymnios, | |
| Debtor. | |

**Order Filed on May 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     25-17690

Hearing Date:     05/28/2026

Judge:     John K. Sherwood

Chapter:     13

## ORDER GRANTING ALLOWANCES FOR CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 29, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work performed for Chapter 13 services has been rendered [ECF No. ____], and no objections having been raised, it is:

**ORDERED** that __SWHS&C, LLP_____, the applicant, is allowed a fee of $_4,609.50____ for services rendered and expenses in the amount of $_15.71____ for a total of $_4,625.21___. The allowance shall be payable:

☒ through the Chapter 13 Plan as an administrative priority.

- $_4,625.21__ less 10.0% courtesy discount equals: $ 4,162.69 (amount to be paid through the plan).

☒ Chapter 13 Plan payments will change.

- Current Plan payments are: $_900.00_____ for _24_ months.

- Beginning _August 2027_____, Plan payments will increase to $_1,863.35____ for _36_ months.

☐ Chapter 13 Plan payments will not change.

☐ outside of the Chapter 13 Plan.

*rev.9 30/2024*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-17690-JKS

John Kalymnios                                                                      Chapter 13

Esther C. Kalymnios

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                  Page 1 of 2

Date Rcvd: Jun 01, 2026                  Form ID: pdf903                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                  +   John Kalymnios, Esther C. Kalymnios, 315 Kensington Avenue, Norwood, NJ 07648-1719

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

**Name                          Email Address**

David L. Stevens
                              on behalf of Joint Debtor Esther C. Kalymnios dstevens@scura.com
                              dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com

David L. Stevens
                              on behalf of Debtor John Kalymnios dstevens@scura.com
                              dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com

Gavin Stewart
                              on behalf of Creditor Nissan Motor Acceptance Corp. bk@stewartlegalgroup.com

Marie-Ann Greenberg
                              magecf@magtrustee.com

Matthew K. Fissel

District/off: 0312-2                                    User: admin                                          Page 2 of 2

Date Rcvd: Jun 01, 2026                              Form ID: pdf903                                  Total Noticed: 1

on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Paul Evangelista

on behalf of Debtor John Kalymnios pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amohamed@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

Paul Evangelista

on behalf of Joint Debtor Esther C. Kalymnios pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amohamed@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

Steven Eisenberg

on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10