UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer, Cammarota, & Gonzalez, LLP
1 Harmon Meadow Blvd., Suite 201
Secaucus, NJ 07094
973-696-8391
pevangelista@scura.com
Paul Evangelista, Esq.
Attorney for Debtor(s)

**Order Filed on October 26, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

JOHN KALYMNIOS, & ESTHER C. KALYMNIOS

Debtor(s).

Case No.: 25-17690

Chapter: 13

Judge: TBA

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: October 26, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Scura, Wigfield, Heyer, Cammarota, & Gonzalez, LLP, the applicant, is allowed a fee of $1,582.50 for services rendered and expenses in the amount of $17.50 for a total of $1,600.00. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

☒ Chapter 13 Plan payments will change,

- Current Plan payments are: $1,863.35 for 24 months.
- Beginning August 2027, Plan payments will increase to $ 1,913.00 per month for 36 months.