Order Filed on October 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer, Cammarota, & Gonzalez, LLP
1 Harmon Meadow Blvd., Suite 201
Secaucus, NJ 07094
973-696-8391
pevangelista@scura.com
Paul Evangelista, Esq.
Attorney for Debtor(s)

In Re:

JOHN KALYMNIOS, & ESTHER C. KALYMNIOS

Debtor(s).

Case No.: 25-17690

Chapter: 13

Judge: TBA

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: October 26, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Scura, Wigfield, Heyer, Cammarota, & Gonzalez, LLP, the applicant, is allowed a fee of $1,582.50 for services rendered and expenses in the amount of $17.50 for a total of $1,600.00 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

☒ Chapter 13 Plan payments will change,

- Current Plan payments are: $1,863.35 for 24 months.
- Beginning August 2027 , Plan payments will increase to $ 1,913.00 per month for 36 months.

United States Bankruptcy Court
District of New Jersey

In re:
John Kalymnios
Esther C. Kalymnios
Debtors

Case No. 25-17690-TBA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Oct 26, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Kalymnios, Esther C. Kalymnios, 315 Kensington Avenue, Norwood, NJ 07648-1719 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor John Kalymnios dstevens@clearpath.law 4451388420@filings.docketbird.com;Admin@clearpath.law;ksimpson@clearpath.law;Rahaf@clearpath.law |
| David L. Stevens | on behalf of Joint Debtor Esther C. Kalymnios dstevens@clearpath.law 4451388420@filings.docketbird.com;Admin@clearpath.law;ksimpson@clearpath.law;Rahaf@clearpath.law |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corp. bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |

| | |
|---|---|
| Paul Evangelista | on behalf of Debtor John Kalymnios pevangelista@scura.com pselawpc@gmail.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;mpopick@scura.com;pevangelista@scura.com;CCampillo@scura.com |
| Paul Evangelista | on behalf of Joint Debtor Esther C. Kalymnios pevangelista@scura.com pselawpc@gmail.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;mpopick@scura.com;pevangelista@scura.com;CCampillo@scura.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor CrossCountry Mortgage LLC skelly@hinshawlaw.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10